UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, *et al.*,

    Plaintiffs,

vs.

WAI CONSTRUCTION GROUP, LLC, *et al.*,

    Defendants.

Case No. 3:25-cv-49

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS COUNTS II AND III AGAINST DEFENDANT STEVEN MOORE WITHOUT PREJUDICE (Doc. No. 17); (2) DISMISSING DEFENDANT MOORE AS A PARTY IN THIS CASE**

---

Pursuant to Fed. R. Civ. P. 21, and for good cause shown, the Court **GRANTS** Plaintiffs' unopposed motion to dismiss complaint Counts II and III against Defendant Steven Moore without prejudice.  Doc. No. 17.  As they are the only counts Defendant Moore, he is **DISMISSED** as a party to this case.

    **IT IS SO ORDERED.**

May 28, 2025
                                    s/*Michael J. Newman*
                                    Hon. Michael J. Newman
                                    United States District Judge