UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, *et al.*,

    Plaintiffs,                                     Case No. 3:25-cv-49

vs.

WAI CONSTRUCTION GROUP, LLC, *et al.*,      District Judge Michael J. Newman
                                                            Magistrate Judge Peter B. Silvain, Jr

    Defendants.

---

**ORDER DENYING DEFENDANT STEVEN MOORE'S MOTION TO DISMISS WITHOUT PREJUDICE (Doc. No. 14)**

---

      The Court **DENIES AS MOOT** Defendant Steven Moore's motion to dismiss (Doc. No. 14) because the Court today granted Plaintiffs' unopposed motion to dismiss him from this case.

      **IT IS SO ORDERED.**

<u>May 28, 2025</u>                                                       s/*Michael J. Newman*
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge