UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL OF
SOUTHERN OHIO & VICINITY BENEFIT
TRUST, *et al.*,

    Plaintiffs,

vs.

WAI CONSTRUCTION GROUP, LLC.,

    Defendant.

Case No. 3:25-cv-49

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## STIPULATED JUDGMENT AND DISMISSAL ORDER

Upon the parties' stipulation, the Court finds and enters judgment as follows:

1. Plaintiffs filed their Complaint against Defendant alleging breach of a collective bargaining agreement and seeking damages consisting of contributions, along with the resulting liquidated damages and interest;

2. Since filing their Complaint, Plaintiffs recovered the contributions from a third-party and only liquidated damages, interest and attorneys' fees and costs remain outstanding;

3. In lieu of further litigation and to avoid the expense of defending Plaintiffs' Complaint, Defendant has agreed to enter into a stipulated judgment to resolve the lawsuit.

4. A Final Judgment in Sum Certain is entered in favor of Plaintiffs and against Defendant in the aggregate amount of $32,596.59, which is itemized as follows:

    a. $15,909.38 in liquidated damages and interest resulting from the late payment of contributions during the months of July 2024 through December 2024;

    b. $11,835.61 in attorneys' fees and costs incurred by Plaintiffs' former counsel; and

      c.    $4,852.50 in attorneys' fees and costs incurred by Plaintiffs' current counsel.

5. The automatic stay of execution on this Judgment as set forth in Rule 62 of the Federal Rules of Civil Procedure is waived, and Plaintiffs may execute on the Judgment immediately upon entry.

This case is **TERMINATED ON THE DOCKET**.

**IT IS SO ORDERED.**

November 18, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge